[Crim. No. 2799. In Bank.—July 17, 1925.]

In the Matter of the Application of W. H. GOHLKE for a Writ of Habeas Corpus.

[1] CRIMINAL LAW — DRIVING AUTOMOBILE WITHOUT OWNER'S CON-SENT—PUNISHMENT—STATUTORY CONSTRUCTION.—Writ discharged and petitioner remanded to custody of sheriff on authority of *In re Gohlke*, 72 Cal. App. 536.

PROCEEDING in Habeas Corpus to secure release from custody for driving automobile without owner's consent. Writ discharged; petitioner remanded.

The facts are the same as in *In re Gohlke,* 72 Cal. App. 536.

Charles A. Hill for Petitioner.

George R. Lovejoy, District Attorney, William A. White, Deputy District Attorney, U. S. Webb, Attorney-General, and Wm. F. Cleary, Deputy Attorney-General, for Respondent.

THE COURT.—The facts of this case are the same as in *In re Gohlke,* 72 Cal. App. 536 [237 Pac. 779]. [1] Upon the grounds and for the reasons stated in the opinion in that case (per Knight, J.) the writ is discharged and the petitioner remanded to the custody of the sheriff of Fresno County.